**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 13-1410**

───────────────

KENNETH A. QUITTMAN,

            Plaintiff - Appellant,

      v.

VILLAGE OF CHEVY CHASE,

            Defendant - Appellee.

───────────────

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:10-
cv-03407-RWT)

───────────────

Submitted:  June 13, 2013            Decided:  June 17, 2013

───────────────

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Kenneth A. Quittman, Appellant Pro Se.  Kevin Bock Karpinski,
KARPINSKI, COLARESI & KARP, PA, Baltimore, Maryland, for
Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth A. Quittman appeals the district court's orders denying his motion to remand his action to the state court and imposing sanctions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Quittman v. Village of Chevy Chase, No. 8:10-cv-03407-RWT (D. Md. July 25, 2011, Feb. 28, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED